# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE GETTLEMAN | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE MASON |
|---|---|---|---|
| **CASE NUMBER** | 07 GJ 498 | **DATE** | OCTOBER 21, 2010 |
| **CASE TITLE** | U. S. v. DUDLEY DONELSON AND LEIGHE DONELSON. | | |

10 CR 894

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for __SPECIAL AUGUST 2009-02__ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Morton Denlow_

TO SET PRELIMINARY BAIL AT $4,500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO BOTH DEFENDANTS.

FILED
OCT 2 1 2010 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                   UNDER SEAL)

Courtroom Deputy Initials: