UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   10-CR-00894 |
| v. | ) | |
| | ) | Judge:  Michael T. Mason |
| **Donelson, et al** | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

           Respectfully submitted,

           PATRICK J. FITZGERALD
           United States Attorney

By:       s/ Michael J. Chmelar

           MICHAEL J. CHMELAR
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886-7655