# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                               Case No.: 1:10–cr–00894
                                                            Honorable Robert W. Gettleman

Dudley Donelson, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 25, 2010:

      MINUTE entry before the Honorable Michael T. Mason: At the agreement of the parties, the arraignment set for 10/28/10 is re−set for 11/3/10 at 11:00 a.m. as to Dudley Donelson and Leighe Donelson. No appearance is necessary on 10/28/10. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.